UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT TERWILLIGER,

        Case No.: 8:20-cv-03031-MSS-JSS

v.

CAPITAL BANK, N.A.,
d/b/a OPENSKY

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ROBERT TERWILLIGER ("Plaintiff"), by and through the undersigned counsel, hereby dismisses Defendant, CAPITAL BANK, N.A. d/b/a OPENSKY, in the above-captioned action with prejudice, each party to bear their own attorneys' fees and costs.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed electronically filed with the Clerk of Court by using the CM/ECF system, which will notify Defendant, this 24th day of February, 2021.

                SWIFT, ISRINGHAUS & DUBBELD, P.A.

                /s/ *Jon P. Dubbeld*_____
                **Jon P. Dubbeld, Esq., FBN 105869**
                **Jordan T. Isringhaus, Esq., FBN 0091487**

**Aaron M. Swift, Esq., FBN 0093088**
Swift, Isringhaus & Dubbeld, P.A.
10460 Roosevelt Blvd. N.
Suite 313
St. Petersburg, FL 33716
Phone: (727) 755-3676
Fax: (727) 255-5332
jdubbeld@swift-law.com
aswift@swift-law.com
jisringhaus@swift-law.com
*Attorneys for Plaintiff*

2